UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIMENEZ-JIMENEZ, GERMAN,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLINS, *et al.*,<br><br>                              Respondents. | Case No. 2:26-cv-01696-AMB-BNW<br><br>SCREENING AND<br>SERVICE ORDER |

Petitioner Jimenez-Jimenez, German, an immigration detainee challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid his filing fee. Pet. Habeas Corpus, ECF No. 1. Following a preliminary review of the Petition, the Court finds that the Petition establishes a *prima facie* case for relief, so it directs that it be served on the United States Attorney's Office for the District of Nevada ("USAO") and sets a briefing schedule.

It is therefore kindly ordered that the Clerk of Court:

1. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal Respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the Petition (ECF No. 1) and this Order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

3. **SEND** a courtesy copy of the Petition (ECF No. 1) and this Order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

1

It is further ordered that the USAO file a notice of appearance within 7 days of the date of this Order and file and serve their Answer to the Petition within 14 days of the date of this Order. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have 7 days to file a Reply.

It is further ordered that the USAO produce the following documents to Petitioner's counsel (or certify that such documents are not in their custody or control) within 7 days of the date of this Order:

(1)   I-200 Warrant for Arrest of Alien

(2)   Form I-286 Initial Custody Determination

(3)   I-862 Notice to Appear

(4)   Form I-213 Record of Deportable or Inadmissible Alien

(5)   All immigration court orders in Petitioner's removal proceedings

(6)   Documents certifying any appeal of any immigration court orders by Department of Homeland Security or Petitioner

(7)   Transcripts and/or audio recordings of any custody redetermination proceedings.

It is further ordered that the parties meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible.

It is further ordered that Respondents shall not transfer Petitioner out of this District, with the exception of effectuating his lawful deportation, until further order of the Court. In the event of lawful deportation, Respondents' counsel must file a notice with the Court within 7 days from deportation.

DATED THIS 9th day of June 2026

_____
AMY BAGGIO
UNITED STATES DISTRICT JUDGE

2